UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEANNA POOLE | CASE NO. 22-cv-383 |
| -vs- | JUDGE DRELL |
| WALMART INC ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 25), noting the absence of objections thereto, concurring with the Magistrate Judge's findings under the applicable law; it is

ORDERED that Deanna Poole's motion to remand (Doc. 10) is DENIED. It is further

ORDERED that Deanna Poole's motion to amend (Doc. 9) is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana this 29th day of December 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT